NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE FUSION-IO, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 139

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 11-CV-0391, Judge Rodney Gilstrap.

---

**ON MOTION**

---

**ORDER**

Solid State Storage Systems, Inc. moves without opposition for a 10-day extension of time, until October 15, 2012, to respond to Fusion-io, Inc.'s petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Solid State's response is due no later than October 15, 2012.

IN RE FUSION-IO, INC.                                                         2

FOR THE COURT

**OCT 0 2 2012**                          /s/ Jan Horbaly
         Date                             Jan Horbaly
                                          Clerk

cc:  Scott F. Partridge, Esq.
     Theodore Stevenson, III, Esq.

s21